Dismissed and Opinion filed October 23, 2003









Dismissed and Opinion filed October 23, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00111-CV

____________

 

SYED ASAD, Appellant

 

V.

 

ARUN BHAGAT, Appellee

 



 

On Appeal from the 333rd District
Court

Harris County, Texas

Trial Court Cause No. 00-48393

 



 

M E M O R A N D U M  O P I N I O N

This is an appeal from a judgment signed October 24,
2002.  The clerk=s record was filed on February 7,
2003.  The reporter=s record was not filed.  No brief was filed.

On September 4, 2003, this Court issued an order stating that
unless appellant filed appellant=s brief by October 6, 2003, the Court
would dismiss the appeal for want of prosecution.  See Tex.
R. App. P. 42.3(b)-(c).

Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM








Judgment rendered and Opinion
filed October 23, 2003.

Panel consists of Justices
Edelman, Frost, and Guzman.